Charles LEFFLER, Respondent,

v.

Larry J. BROTHERTON and Ida F. Brotherton, Appellants.

No. WD 76378.

Missouri Court of Appeals, Western District.

Jan. 14, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 2014.

Application for Transfer Denied April 29, 2014.

Robert E. Cowherd, for respondent.

John E. Taylor, for appellants.

Before Division II: MARK D. PFEIFFER, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

## *ORDER*

PER CURIAM:

Larry and Ida Brotherton appeal from the trial court's November 7, 2012 order re-affirming the parties' stipulated order and March 28, 2013 summary judgment in favor of Charles Leffler on their counterclaim for equitable mortgage. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The order and judgment are affirmed. Rule 84.16(b).

The order and judgment are affirmed. Rule 84.16(b).